THE U.S. DISTRICT COURT OF RHODE ISLAND

October 23, 2023

RECEIVED

OCT 27 2023

U.S. DISTRICT
DISTRICT OF R.I.

| | | |
|---|---|---|
| Matthew Jones, | ) | |
|    Plaintiff, | ) | Case Number : |
| V. | ) | |
| RI State P.D., | ) | |
| Hopkinton P.D., | ) | TRIAL BY JURY DEMANDED |
|    Defendants. | ) | |

## **COMPLAINT**

COMES NOW, the Plaintiff Matthew Jones, in pro se representation, and complains of the Defendants doing business as government entities, as follows, to wit:

1. Plaintiff, MATTHEW JONES, is a resident of the State of Delaware. I have resided at 11366 Sussex Highway, Greenwood, DE 19950 since the home was built in the fall of 1991.

2. The RHODE ISLAND STATE POLICE DEPARTMENT HOPE VALLEY BARRACKS are a municipality of the State of Rhode Island,

1

in the United States, located at 54 Nooseneck Hill Road, Wyoming, RI 02898.

3. The HOPKINTON POLICE DEPARTMENT are a municipality of the State of Rhode Island, in the United States, located at 406 Woodville Road, Hopkinton, RI 02833.

4. Complaint ~ In the Indian Harvest season in 1992, my cousin Trisha Henry Elliott (Herglotz) forcibly took custody of me away from my mother Linda Jones because I was being very foully treated. Her brother Mike Henry, her husband Dean Elliott, some others and I ran away hoping to start over with our lives. We quickly ran out of money, but decided to see the whole North before we returned to Delaware in defeat to the lives that we had run from - because they were not conducive to our survival. Keeping poor track of their finances, led to us being stranded in New England with no way home, or to anywhere. They offered themselves and me in prostitution. As money came from it, we continued our look for a new home, to see every northern State before giving up. I was adamantly violently against being prostituted but fought over it and lost. In human history, no one younger than the age of puberty has ever wanted to have sex. The police officers, to a man or woman, threatened me to never speak of

what they had done or, else I would die from so much pain that I would commit suicide because I could not bear it. They all spoke of Hell as if they knew theology, and threatened that I would go there no matter what else happens to me. Around September 5th, Mike was able to contact the New Haven City Police, the Connecticut State Police in Westbrook, the Hopkinton Rhode Island Police Department, and the Rhode Island State Police in Hope Valley using his police identity in his murderer's scheme and schedule himself, Dean, Trisha, Jordan, David, and I for anal escort services with them as soon as possible. The New Haven Police Department officers met us in the parking lot of Winner's Sports Haven located at 600 Long Wharf Drive. With some help getting out of their poisonous one-piece tear-away uniforms, and their deadly metallic bullet proof vests that separately covered their torso and their genitals: they anally and orally raped me, beat me, and twisted me, insulted me, and spit on me for almost two hours. They wanted to have anal sex with us more publicly so we met them parked outside the Yale New Haven Psychiatric Hospital. They raped me anally on the side walk outside the hospital, on the floor and against the wall on the first floor, and in the elevator. Then we departed. Bleeding and wet, and having vision

problems, I wheezed and heaved as we drove. The State Police of Connecticut along Interstate Highway I-95 in Westbrook. The police, like my legally by birth family, are police brown black identities who take DNA to hide their skin color and learn acting to commit murder and live as their victims. One of the uniformed male State Police officers held me against the back of the passenger seat, bent me over, lifted me out of my seat, pulled down my pants and underwear, sat where I was on the back seat of the car, and anally raped me. The female uniformed officer came to his assistance. The female helped hold me down, held my hands, and took turns with the officer anally raping me with her hand and whispering profanity and threats in a lisping way in my ears. Her whispers changed in volume and her obscenity and cursing ranged from inaudible silence to shouting, and she said multiple things at once in twisted up contorted ways. The anal rape lasted only a few minutes. The others in our carpool and others traveling with us also stopped along the Interstate for anal sex with the Connecticut State Police Officers. Mike Henry went back to driving, switching with Trisha and Dean to keep us on time for the anal escorting that he'd scheduled. We entered Rhode Island as the sun was going down. The Hopkinton Police Department and the

Hope Valley Rhode Island State Police met us on RI-3, very near to I-95, just north of or still in Hopkinton, Rhode Island. Their anal and oral rapes of me occurred in our vehicle and beside it along the shoulder of the road. They were, more or less, matching identically to the anal and oral rapes, joint cracking bends, whispers and shouts, threats, punches and kicks, and religious heresy traumatically forced upon me by the State Police of Connecticut. There must be an occult police way of raping male young children that is learned. The local police officers from Hopkinton, Rhode Island were all male. The Wyoming State Police were both male and female. About four officers each came to rape me. Four male Hopkinton officers, three male State Police officers, and one female State Police Officer. I was a passed around sex doll of my family until I was tall enough to fight them. I have died many times from anal rapes, beatings, and poisonings and was resurrected by the medicines made from 250 year old trees and the plants that only grow around them, around 1000 times. Sewardly Brown Black Americans are living as identity thieves. Identity thieves is a crime term coined in the United States for how all Brown Black people live. Identity thieves are murderers who live in their victim's face, speak with their voice, and possess the

legal records of their victims. At least one of their identities is a police officer. At least one of their identities is a Wight gang member. The Wight gang is about ten thousand years old. It coincides with the Silk Road making DNA available for sale to Brown Blacks in Africa, the Asian border, and unanimously populating all of the Mediterranean countries. It is a group of 80-83 Brown Black men and women identities and a larger number of male and female police who say they are White in attempts to murder White people. They take Havlicek DNA combined with lobster DNA to have a White appearance for a brief time. I am White with a slight amount of Niggardly Black in me. If I am descended from one country it would be India, Indian type. The police uniform is famous for the frivolous lawsuits and racist, pedophilic, genocides and raids in Africa, France, and Dill Farms. The police uniforms are poisonous one-piece tear-away uniforms, and their deadly metallic bullet proof vests that separately covered their torso and their genitals both kill the wearer by contacting the skin in less than 6 hours at the longest. I blacked out, lost consciousness, many times over the long minutes of rape, was made to swallow poop and pee, garbage, and solid objects. The rapes gave me a fatally high heart rate that was short term, an erratic

heart beat that skipped from too high to too low, that lasted the rest of the trip. They caused me to hyperventilate, gave me diarrhea, caused me to have muscle cramps, gave me nausea and stomach pain, put me at contagious diseases risks, and gave me a fever. I did nothing to provokethe anal and oral rapes. Anal rape caused me to have many bouts with heart disease, diabetes risks, significant weight gain, hair loss, pneumonia, the influenza, and caused me to contract Human Pappilloma Virus. I have visited the local area pools to exercise 3 days per week since 2013. I do 1000 reps of the crab swim in a half an hour each day. I have lost hundreds of pounds but still have more to lose. I still have belly fat. In the beginning, I could not touch the front of my stomach.

5. The Defendants acted in a violation of my rights under *42 U.S.C. SubSection 1983:* Anyone under color of law who causes or subjects anyone in U.S. jurisdiction to the deprivation of any *Constitutional* rights shall be liable to the injured party in an action of law. The *14th Amendment* makes the *8th Amendment* applicable to the States. The *8th Amendment* protects me from cruel and unusual punishments which includes deliberate indifference to serious medical needs. Deliberate indifference, defined in *Estelle v. Gamble, 429 U.S 97*

*(1976)* is the unnecessary and wanton infliction of pain. In *Johnson v. Connections 196 A. 3d 412* a serious medical need is defined as one that has been diagnosed by a doctor or one so obvious that a layperson could recognize it and the need for a physician's attention. In *Lindsey v. Brady 537 F Supp 2d 666,* a serious medical need was one defined as a medical need that failure to treat could lead to serious injury, death. The Defendants showed deliberate indifference to my health, my survival, my human rights, and my rights as a citizen of the United States of America.

6. The elements of negligence are: duty of care, breach, causation, and damages. The Defendants owe a duty of care to understand what injurious life-threatening actions are. The Defendants breached this duty of care by prescribing life altering, life ending brutality to the Plaintiff who needed aid and had committed no crime. The defendants committed a breach by committing battery and anal rape. Anal rape is murder. The defendants committed a breach by wounding me and offering me no treatment for my existing wounds and illnesses. The Defendants are the causation of the Plaintiff's continued suffering for existing wounds and illnesses and new suffering and life threatening ailments from my treatment. The

defendants are the causation of suffering to the Plaintiff's reputation, and ability to socialize. The damages are the deliberate indifference to inflicting and not treating many diagnosed existing wounds and illnesses, the deliberate indifference to treating wounds and illnesses that a lay person can see, and the damage to the plaintiff's legal record, reputation, and public persona.

7. All American citizens, the Plaintiff and the Defendants, have an equal protection of laws and can be sued under the *14th Amendment.*

8. *Delaware Code Title 10 Chapter 40: Tort Claims Act Subsection 4011 Immunity from suit (c):* "An employee may be personally liable for acts or omissions causing property damage, bodily injury or death in instances in which the governmental entity is immune under this section, but only for those acts which were not within the scope of employment or which were performed with wanton negligence or wilful and malicious intent."

9. *The Federal Tort Claims Act* is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States.

10. Rape and sexual assault are covered under *10 U.S. Code 920, Art. 120.* This code applies to federal sexual assault and rape, which

are referred to as "sexual abuse". *The United States Code* also has a section on rape, *18 U.S.C. §§ 2031-2032*. The punishment for rape and sexual assault is a fine and imprisonment for not less than 30 years or for life.

11. In the *United States Code, Title 10, Subtitle A, Part II, Chapter 47, Subchapter X, Section 920, Article 120*, rape is defined as a sexual act committed by a person subject to this chapter upon another person by using unlawful force against that other person; using force causing or likely to cause death or grievous bodily harm to any person; threatening or placing that other person in fear that any person will be subjected to death, grievous bodily harm, or kidnapping; first rendering that other person unconscious; or administering to that other person by force or threat of force, or without the knowledge or consent of that person, a drug, intoxicant, or other similar substance and thereby substantially impairing the ability of that other person to appraise or control conduct. The *statute of limitations for rape* under this section is **unlimited.**

12.    *10 U.S. Code § 843 - Art. 43. Statute of limitations* reads (a) No Limitation for Certain Offenses.— A person charged with absence without leave or missing movement in time of war, with murder, rape

or sexual assault, or rape or sexual assault of a child, maiming of a child, kidnapping of a child, or with any other offense punishable by death, may be tried and punished at any time without limitation.

13. *The U.S. Constitution, Article 3 Section 2* states: "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects. In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make. The Trial of all

Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed."

14. *U.S. Constitution, Article 6,* paragraph 2: "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

15. The doctrine of *'Respondeat Superior'* is a Latin maxim, which means 'Let the master answer'. This legal maxim makes an employer responsible for the actions of their employee when the actions take place within the scope of employment. An employer is made responsible or accountable by transferring the liability upon the employer.

16. The defendants owe the plaintiff duties of care to treat wounds, illnesses and ailments, duties of care to treat wounds illnesses and

ailments that even a layperson can see, to do no harm to the plaintiff in his contact with and to use an acceptable reference text in making his diagnosis and identifying his symptoms. The Defendants created a breach by not treating any of the Plaintiff's existing ailments, wounds, or illnesses. The Defendants created a breach by inflicting wounds that have life ending effects on the Plaintiff. The Defendants are the cause of lost time for recovery, pain and suffering, damage to the plaintiff's reputation and legal record, serious life threatening dangers to the plaintiff's health, and undue fear and harassment. The Defendants were negligent, reckless, and/or wanton in that they:

    a. Were negligent in their actions;

    b. Violated the Plaintiff's *8th Amendment* rights;

    c. Violated the Plaintiff's rights under *42 U.S.C. 1983*;

    d. Censored the Plaintiff's *1st Amendment* rights to freedom of speech and freedom of press;

    e. Caused *Assault and Battery* to the Plaintiff;

    f. As a direct and proximate result of the negligent conduct of the Defendants, the Plaintiff suffered bodily injuries in the past and may continue to suffer from such injuries in the future. These actions have caused the Plaintiff,

MATTHEW JONES, to suffer great pain and discomfort of the body and mind in the past, and may result in great pain and suffering of the body and mind in the future.

WHEREFORE, the Plaintiff, MATTHEW JONES, demands judgment against the Defendants in the amount of $10,000,000, for compensatory damages, including pain and suffering, and special damages, together with the costs of this action.

*/s/ Matthew Jones*

Matthew Jones, in pro se

11366 Sussex Highway

Greenwood, DE 19950

(302) 396-7319

AzraelLinusSmith@gmail.com

Date: 10/23/2023