UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW JONES,

    Plaintiff,

        v.   No. 23-CV-00446-MSM-PAS

RHODE ISLAND STATE POLICE and
HOPKINTON POLICE DEPARTMENT,

    Defendants.

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

Default Judgment hereby enters in accordance with the Text Order of 2/26/2024

    Enter:

    /s/ Carrie L. Potter
    Deputy Clerk

Dated: 2/26/2024